UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20307-CR-MARTINEZ/AOR

UNITED STATES OF AMERICA,

v.

CURTIS BRYANT,

    Defendant.
_____/

## REPORT AND RECOMMENDATION RE: INVESTIGATIVE FEES

THIS CAUSE came before the undersigned for Report and Recommendation on the appropriateness of the Voucher for Investigative Services (hereafter, "Investigative Voucher") submitted by Defendant Curtis Bryant's ("Defendant") Investigator Fuentech Investigations, Inc. ("Fuentech"), pursuant to an Order of Reference issued by the Honorable Jose E. Martinez, United States District Judge under Title 28, United States Code, Section 636 [D.E. 880]. The undersigned held an ex parte sealed hearing on this matter, attended by Fuentech's representative.

By Order dated August 7, 2018, the Court approved the following Investigative Services Budget for Defendant: 1,539 hours at the rate of $60 per hour for a total amount of $95,340.00. See Order [D.E. 634].

In its Investigative Voucher, Fuentech seeks compensation in the amount of $73,338.00, representing 1,222.3 hours at the rate $60 per hour. Having reviewed the Investigative Voucher and having heard Fuentech's representative and Defendant's CJA counsel's explanations regarding the nature of the services rendered, the undersigned concludes that compensation in the requested amount is appropriate.

## **RECOMMENDATION**

Based on the foregoing considerations, the undersigned RESPECTFULLY RECOMMENDS that Fuentech's Investigative Voucher be APPROVED in the amount of $73,338.00.

Pursuant to Local Magistrate Judge Rule 4(b), the parties have fourteen days from the date of this Report and Recommendation to file written objections, if any, with the Honorable Jose E. Martinez. Failure to timely file objections shall bar the parties from attacking on appeal the factual findings contained herein. See Resolution Tr. Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Further, "failure to object in accordance with the provisions of [28 U.S.C.] § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." See 11th Cir. R. 3-1 (I.O.P. - 3).

RESPECTFULLY SUBMITTED in Miami, Florida this 23rd day of January, 2019.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Jose E. Martinez
      Counsel of Record