UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 17-20307-CR-MARTINEZ/OTAZO-REYES**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CURTIS BRYANT,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION ON COUNSEL'S SIXTH INTERIM CJA VOUCHER

**THIS CAUSE** came before the Court upon the Report and Recommendation on Counsel's Sixth Interim CJA Voucher submitted pursuant to the Criminal Justice Act Voucher 113C. 0780486 issued by United States Magistrate Judge Alicia M. Otazo-Reyes on April 11, 2019 [ECF No. 1165]. Magistrate Judge Otazo-Reyes, recommends that this Court, approve the CJA Voucher and that Attorney Michael R. Band be paid a total sum of **$18,199.00**. The parties were afforded the opportunity to file objections to the Report and Recommendations, and the Court notes Counsel's Notice of No Objection to Magistrate's Report and Recommendations [ECF No. 1173]. Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendations [ECF No. 1165], is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15 day of April, 2019.

                                    JOSE E. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
Michael Band, P.A.
CJA Administrator